UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARQUEL SHINE,

Defendant.

Case No. 26-cr-20105

HON. F. KAY BEHM
United States District Judge

**AMENDED ORDER GRANTING IN PART JOINT MOTION FOR PRE-PLEA REPORT, DIRECTING THE PROBATION DEPARTMENT TO PREPARE PRE-PLEA REPORT**

On September 16, 2026, Defendant Marquel Shine, and the Government filed a motion seeking the preparation and disclosure of a pre-plea presentence report. ECF No. 26. Having reviewed the parties' joint motion, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the parties' Joint Motion for a Pre-Plea Presentence Report, ECF No. 19, is **GRANTED** in part.

Further it is **ORDERED** that the Probation Department is **DIRECTED** to prepare a pre-plea presentence report to determine Defendant Marquel Shine's criminal history category and make it available for the parties to use in their determination of a pre-plea sentencing guideline calculation on or before **October 30, 2026.**

**SO ORDERED**.

Date: October 1, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge